DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KHALIL J. GASKIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2320

[December 9, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case Nos. 562013CF1093B and 562013CF3488A.

Khalil J. Gaskin, Malone, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***